AO 91 (Rev. 11/11) Criminal Complaint

| AUSA: | Benjamin Coats | Telephone: | (313) 226-9100 |
| Special Agent: | Christopher Kiah | Telephone: | (216) 522-7434 |

# UNITED STATES DISTRICT COURT
для
Eastern District of Michigan

United States of America
   v.

Jason Michael Bonin

Case: 2:21−mj−30252
Assigned To : Unassigned
Date: 5/27/2021
CMP USA V SEALED (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 18, 2021** in the county of **Macomb** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Transmit Interstate/foreign commerce communication threat to injure |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Christopher Kiah - DHS/FPS
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 27, 2021

City and state: Detroit, Michigan

*Judge's signature*

Honorable Curtis Ivy, Jr. U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Kiah, being first duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security, Federal Protective Service ("DHS/FPS") and have been since January of 2016. I work in the Investigations Branch in Cleveland, Ohio. I hold a Bachelor of Science Degree with a major in Criminal Justice from Park University. I am a graduate of the Criminal Investigator Training Program and the Federal Protective Service Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Previously, I worked as an Inspector for DHS/FPS and a Criminal Investigator for the United States Marine Corps Criminal Investigation Division.

2. As a DHS/FPS Special Agent, I conduct investigations related to the protection of federal property, persons on such property, and federal employees. I frequently investigate violations of federal law, including threats made in violation of the United States Code.

3. I base this affidavit on my personal investigation and information provided by other sources, including other law enforcement officers.

4.     The information set forth in this Affidavit is for the limited purpose of establishing probable cause and does not include all of the information known to law enforcement related to this investigation.

5.     There is probable cause to believe that on May 18, 2021, Jason Bonin made a series of calls to the Social Security Administration ("SSA"), during which he transmitted a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

## II.   SUMMARY OF THE INVESTIGATION

6.     On May 18, 2021, at approximately 1:40 p.m., Bonin telephonically contacted the SSA office located at 15250 E. 12. Mile Rd., Roseville, MI, in the Eastern District of Michigan, using the cellular telephone number 586-773-2782. The call was answered by an SSA employee, hereinafter referred to as "J.A." During the call, J.A. requested Bonin provide identifying information consisting of his name, social security number, date of birth, and his mother's maiden name. Bonin became irate after J.A. asked for his mother's maiden name; however, he provided satisfactory answers for the other identifying questions prior to becoming irate. Bonin repeatedly said 'Don't waste my time" while screaming before J.A. disconnected the call.

2

7. On May 18, 2021, at approximately 1:49 p.m., Bonin again telephonically contacted the Roseville SSA office, using the telephone number 586-773-2782. The call was answered by an SSA employee, identified as Victim One (V-1). Bonin started the call by telling V-1 he was going to bring his "Colt 45" up to the office, to which V-1 responded "Sir, please don't bring that to the office, we cannot drink on the job." After a notable pause in the conversation, Bonin replied "I'll bring it down and you will get yours. Any funny come back to that?" Bonin ended the call by saying "Don't waste my time", after repeated attempts by V-1 to identify Bonin. V-1 later told me that he believed Bonin was not joking but rather was intent on coming to the Roseville SSA office with his "Colt 45," which he understood to be a reference to a handgun.

8. On May 18, 2021, at approximately 2:00 p.m., Bonin again telephonically contacted the Roseville SSA office, using the telephone number 586-773-2782. The call was answered by an SSA employee, hereinafter referred to as "T.S." During the call, Bonin was screaming and irate, requesting to speak with a supervisor. T.S. disconnected the call.

3

9. On May 18, 2021, at approximately 2:04 p.m., Bonin again telephonically contacted the Roseville SSA office, using the telephone number 586-773-2782. The call was answered by V-1, at which time Bonin said "Oh, you again." During the call, Bonin continued to say "do you want me to come down there and make sure you get yours" and "Don't waste my time," before disconnecting the call. V-1 stated he recognized the caller as the same person he previously spoke with earlier in the day.

10. On May 18, 2021, at approximately 2:20 p.m., Bonin telephonically contacted the Roseville SSA, using the telephone number 586-773-2782. The call was answered by an SSA employee, hereinafter referred to as Victim Two (V-2). During the call, Bonin told V-2 he didn't want to speak with her and requested management. Bonin refused to verbally identify himself and repeatedly telling V-2, "they [referencing SSA staff] would be really sorry when he shows up to the office." Bonin also said, when advised that the office was not open to the public, that he was going to "ride" up to the office and when he arrived, they (SSA staff) "would all be really sorry."

4

11. On May 25, 2021, I conducted a search of various law enforcement databases and learned telephone number 586-773-2782 was registered to "Diana Srock" of 28820 Garfield St., Roseville, MI.

12. On May 26, 2021, I reviewed SSA telephone records and verified the calls originated from the telephone number 586-773-2782, and were placed to various extensions at the Roseville SSA office over a forty-minute timeframe. Further, the call records combined with witness statements reveal Bonin had custody of the phone and used the phone to contact the Roseville SSA to speak with J.A. on May 18, 2021, at approximately 1:40 p.m. During that call, Bonin identified himself by answering some of the identifying questions posed by J.A. The second call to the Roseville SSA was made by Bonin only nine minutes after the origination of the first call.

13. On May 26, 2021, I interviewed an SSA employee, hereinafter referred to as "K.B.", who stated on May 18, 2021, she searched the phone number using open-source methods "Google.com", and learned it was registered to Diana Srock. K.B. searched SSA computer systems and learned "Diana Srock" and phone number "586-

5

773-2782" was listed as an alternate point of contact on Bonin's SSA disability paperwork, which was filed with the agency.

14. On May 26, 2021, I interviewed an SSA supervisor, hereinafter referred to as "A.S.", who stated on May 18, 2021, after learning of the threatening calls made to her staff and at the time of the call, A.S. queried SSA telephone records and open-source mediums "Google.com", and learned the telephone number matched those listed in Bonin's SSA record. A.S. called the number twice, and a caller connected quickly, before hanging up. A.S. later attempted to call the number a third time and was connected with young man. A.S. confronted the young man about the threatening phone calls and the young man denied making the calls, and said he would not talk that way in his "grandma's house."

15. On May 26, 2021, I interviewed J.A., and learned on May 19, 2021, J.A. received a call from Bonin, who provided correct answers to all identifying questions posed by J.A., and she recognized the caller as the same caller from May 18, 2021, by his name. SSA call records later revealed the May 19, 2021 call also originated from 586-773-2782. During this May 19 call, Bonin advised that he was calling to inquire

6

about backpay that he was owed by SSA and was told that a check had been processed the day before. He did not communicate threats during this call but was upset when he learned the amount of his backpay, claiming he was owed more.

16. During the various interviews of SSA employees on May 26, 2021, many employees described the caller's voice as "younger" and "male." Further, my investigation thus far has revealed various SSA records show a direct connection between "Diana Srock", the phone number "586-773-2782," and Bonin. Additionally, as part of Bonin's disability claim, Diana Srock completed paperwork wherein she indicated her relationship to Bonin as his grandmother.

17. Technical staff with the SSA have confirmed that calls made to the Roseville SSA office are routed through Kansas City, Missouri, meaning there is probable cause to believe the communications described herein were transmitted interstate. *See United States v. Houston*, 683 F. App'x 434, 439-440 (6th Cir. 2017).

18. As a matter of record and through various sources of information, I learned Bonin has a violent criminal history involving

7

assaultive behavior and is currently on probation in the State of Michigan for crimes involving assaultive behavior.

### III. CONCLUSION

19. Probable cause exists that on or about May 18, 2021, Jason Bonin transmitted in interstate commerce communications to V-1 and V-2 that contained a threat to injure V-1, V-2, and other SSA employees, in violation of Title 18, United States Code, Section 875(c).

Respectfully submitted,

Christopher Kiah
Special Agent, DHS/FPS

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

May 27, 2021

8